FILED

11/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0592

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0592

MONTANA QUALITY EDUCATION COALITION,

Petitioner,

v.

BEAVERHEAD COUNTY, BIG HORN COUNTY, BLAINE COUNTY, BROADWATER COUNTY, CARBON COUNTY, CARTER COUNTY, CASCADE COUNTY, CHOUTEAU COUNTY, CUSTER COUNTY, DANIELS COUNTY, DAWSON COUNTY, DEER LODGE COUNTY, FALLON COUNTY, FERGUS COUNTY, FLATHEAD COUNTY, GALLATIN COUNTY, GARFIELD COUNTY, GLACIER COUNTY, GOLDEN VALLEY COUNTY, GRANITE COUNTY, HILL COUNTY, JEFFERSON COUNTY, JUDITH BASIN COUNTY, LAKE COUNTY, LEWIS AND CLARK COUNTY, LIBERTY COUNTY, LINCOLN COUNTY, MADISON COUNTY, MCCONE COUNTY, MEAGHER COUNTY, MINERAL COUNTY, MISSOULA COUNTY, MUSSELSHELL COUNTY, PARK COUNTY, PETROLEUM COUNTY, PHILLIPS COUNTY, PONDERA COUNTY, POWDER RIVER COUNTY, POWELL COUNTY, PRAIRIE COUNTY, RAVALLI COUNTY, RICHLAND COUNTY, ROOSEVELT COUNTY, ROSEBUD COUNTY, SANDERS COUNTY, SHERIDAN COUNTY, SILVER BOW COUNTY, STILLWATER COUNTY, SWEET GRASS COUNTY, TETON COUNTY, TOOLE COUNTY, TREASURE COUNTY, VALLEY COUNTY, WHEATLAND COUNTY, WIBAUX COUNTY, AND YELLOWSTONE COUNTY,

Respondents.

## ORDER GRANTING EXTENSION OF TIME

Pursuant to Montana Rules of Appellate Procedure 26(1), and for good cause appearing, Respondents' Motion to Extend the Deadline to respond to the Montana Quality of Education Coalition is GRANTED. Respondents' responses shall be due December 13, 2023.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 8 2023